United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANNAH ALAOUI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-21-2549 |
| § | |
| UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER AT HOUSTON, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order granting Defendant University of Texas Health Science Center at Houston's Motion to Dismiss Plaintiff's Complaint, this case is **DISMISSED WITHOUT PREJUDICE.**

Costs are taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 30th day of September, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE